**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TODD A. BROWN,** | : | **CIVIL ACTION NO. 3:16-cv-1886** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Munley)** |
| | : | |
| **WARDEN DWAYNE L. BLACK,** | : | |
| **LT. DANIEL R. WEIKERT,** | : | |
| | : | |
| **Defendants** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## <u>ORDER</u>

**AND NOW**, to wit, this 9th day of July 2018, upon consideration of Defendants'

motion (Doc. 43) for summary judgment, and for the reasons set forth in the Court's

Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 43) for summary judgment is DEEMED
   unopposed and GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants
   Black and Weikert and against Plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this Order is deemed frivolous and not in good faith.
   <u>See</u> 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

<u>s/James M. Munley</u>
**JUDGE JAMES M. MUNLEY**
**United States District Court**